[No. 56961-9-I.   Division One.   April 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES LORENZO JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07957-6, Paris K. Kallas, J., entered September 20, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick, C.J., and Becker, J.

[No. 57237-7-I.   Division One.   April 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDO NURE HUSSEIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-06895-3, Laura C. Inveen, J., entered October 17, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57243-1-I.   Division One.   April 30, 2007.]

PAUL J. MCLAUGHLIN, *Appellant*, v. WANDA M. NICHOLAS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-35501-5, Richard A. Jones, J., entered October 21, 2005. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Agid and Cox, JJ.

[No. 57272-5-I.   Division One.   April 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY FORINASH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-05939-5, Laura Gene Middaugh, J., entered November 10, 2005. *Affirmed* by unpublished per curiam opinion.